IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA
No. MC 15-80181 WHA

**ORDER RE DEFENDANT'S PROPOSED LAWSUIT**

In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to file a new lawsuit (*Brosnan v. Shanker Prasad*). On its face, this complaint does not appear to be frivolous (although follow-on proceedings may possibly show it to be frivolous) and permission to file this lawsuit is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to. The burden is on Brosnan to file this case in state court. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE